FILED
2015 Nov-20 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| MICHAEL KEENER, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 2:15-cv-01730-HGD |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC; ) | |
| *et al,* ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC AND EQUIFAX MORTGAGE SOLUTIONS, LLC

COMES NOW Plaintiff Michael Keener ("Plaintiff") and notifies the Court that he has settled his claims against, Equifax Information Services, LLC ("Equifax") and Equifax Mortgage Solutions, LLC ("EMS"). The parties are in the process of consummating the settlement agreement. Plaintiff intends on filing the appropriate papers to dismiss Equifax and EMS with prejudice within thirty (30) days of the filing of this Notice.

Dated: November 20, 2015

        Respectfully submitted,

        /s/ Micah S. Adkins
        Micah S. Adkins (ASB-8639-I48A)
        **THE ADKINS FIRM, P.C.**
        301 19th Street North, Suite 581
        The Kress Building
        Birmingham, AL  35203

                                                      Telephone: (205) 458-1202
                                                      Facsimile: (205) 208-9632
                                                      Email: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on November 20, 2015, I electronically filed the foregoing paper with the Clerk of the Court using CM/ECF which will send electronic notification of same to the following counsel of record:

Christopher S. Berdy
Butler Snow, LLP
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203

Brandon T. White
Christi Adams Lawson
Foley & Lardner LLP
111 N. Orange Ave., Suite 1800
Orlando, FL  32801
*Counsel for Old Republic Credit Services, LLC d/b/a Old Republic Credit.com and Data Facts, Inc.*

Elizabeth Kanter
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
*Counsel for CBCInnovis, Inc.*

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200

2

Mobile, AL 36602
*Counsel for Equifax Information Services, LLC and Equifax Mortgage Solutions, LLC*

/s/ Micah S. Adkins
Micah S. Adkins