IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| MICHAEL KEENER, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC; )<br>*et al,* )<br>Defendants. ) | Civil Action No.<br>2:15-cv-01730-MHH |

JOINT STIPULATION OF DISMISSAL OF DEFENDANT
CBCINNOVIS, INC. (ONLY) WITH PREJUDICE

Plaintiff Michael Keener, Jr. ("Plaintiff") and Defendant CBC Innovis, Inc. ("CBC"), by the undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised, and settled, and that Plaintiff's cause of action against CBC only should be dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, and each party to bear its own costs and attorneys' fees.

The dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against the remaining defendants.

Dated: January 7, 2016

1

       Respectfully submitted,

       /s/ Micah S. Adkins
       Micah S. Adkins (ASB-8639-I48A)
       **THE ADKINS FIRM, P.C.**
       301 19th Street North, Suite 581
       The Kress Building
       Birmingham, Alabama 35203
       Telephone:  205.458.1202
       Facsimile:  205.208.9632
       Email:  MicahAdkins@ItsYourCreditReport.com
       *Counsel for Plaintiff*

       /s/ Elizabeth Kanter
       Elizabeth Kanter
       Carr Allison
       100 Vestavia Parkway
       Birmingham, AL 35216
       *Counsel for CBCInnovis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing paper with the Clerk of the Court using CM/ECF which serve the counsel of record listed below:

Christopher S. Berdy
Butler Snow, LLP
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203

Brandon T. White
Christi Adams Lawson
Foley & Lardner LLP
111 N. Orange Ave., Suite 1800

Orlando, FL  32801
*Counsel for Old Republic Credit Services, LLC d/b/a Old Republic Credit.com and Data Facts, Inc.*

Elizabeth Kanter
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
*Counsel for CBCInnovis, Inc.*

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
*Counsel for Equifax Information Services, LLC and Equifax Mortgage Solutions*

    /s/ Micah S. Adkins
    Micah S. Adkins