IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| MICHAEL KEENER, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 2:15-cv-01730-MHH |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC; ) | |
| *et al,* ) | |
| Defendants. ) | |

STIPULATION OF DISMISSAL OF DEFENDANT
OLD REPUBLIC CREDIT SERVICES, LLC D/B/A OLD REPUBLIC
CREDIT.COM AND DATA FACTS, INC.
(ONLY) WITH PREJUDICE

Plaintiff Michael Keener, Jr. ("Plaintiff") and Defendants Old Republic Credit Services, LLC d/b/a Old Republic Credit.com ("Old Republic") and Data Facts, Inc., ("Data Facts"), by the undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised, and settled, and that Plaintiff's causes of action against Old Republic and Data Facts should be dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:      March 8, 2016

        Respectfully submitted,

        /s/ Micah S. Adkins

1

Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
301 19th Street North, Suite 581
The Kress Building
Birmingham, Alabama 35203
Telephone:  205.458.1202
Facsimile:   205.208.9632
Email:         MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

/s/ Brandon White
Christopher S. Berdy (ASB-4358-R68C)
**BUTLER, SNOW, LLP**
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Direct: 205-297-2207
Fax: 205-297-2201
Email: Chris.Berdy@butlersnow.com

Christi Adams Lawson (*Pro Hace Vice*)
Brandon T. White (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
111 N. Orange Ave., Suite 1800
Orlando, FL  32801
*Counsel for Old Republic Credit Services, LLC d/b/a Old Republic Credit.com and Data Facts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve the foregoing document on the counsel of record listed below:

Christopher S. Berdy
Butler Snow, LLP
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203

Brandon T. White
Christi Adams Lawson
Foley & Lardner LLP
111 N. Orange Ave., Suite 1800
Orlando, FL  32801
*Counsel for Old Republic Credit Services, LLC d/b/a Old Republic Credit.com and Data Facts, Inc.*

Elizabeth Kanter
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
*Counsel for CBCInnovis, Inc.*

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
*Counsel for Equifax Information Services, LLC and Equifax Mortgage Solutions*

/s/ Micah S. Adkins
Micah S. Adkins