IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | |
|---|---|
| MICHAEL KEENER, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 2:15-cv-01730-MHH |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC; ) | |
| *et al,* ) | |
| Defendants. ) | |

STIPULATION OF DISMISSAL OF DEFENDANTS
EQUIFAX INFORMATION SERVICES, LLC
AND EQUIFAX MORTGAGE SOLUTIONS
(ONLY) WITH PREJUDICE

Plaintiff Michael Keener, Jr. ("Plaintiff") and Defendants Equifax Information Services, LLC's ("Equifax") and Equifax Mortgage Solutions ("EMS"), by the undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised, and settled, and that Plaintiff's causes of action against Equifax and EMS should be dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:       March 9, 2016

Respectfully submitted,

**/s/ Micah S. Adkins**

1

Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
301 19th Street North, Suite 581
The Kress Building
Birmingham, Alabama 35203
Telephone:   205.458.1202
Facsimile:   205.208.9632
Email:          MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

**/s/ Kirkland E. Reid**
Kirkland E. Reid (REID9451)
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
Telephone: (251) 439-7513
fax: (251) 439-7358
Email: kreid@joneswalker.com
*Counsel for Equifax Information Services, LLC and Equifax Mortgage Solutions*

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve the foregoing document on the counsel of record listed below:

Christopher S. Berdy
Butler Snow, LLP
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203

Christi Adams Lawson
Brandon T. White
Foley & Lardner LLP
111 N. Orange Ave., Suite 1800
Orlando, FL  32801
*Counsel for Old Republic Credit Services, LLC d/b/a Old Republic Credit.com and Data Facts, Inc.*

Elizabeth Kanter
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216
*Counsel for CBCInnovis, Inc.*

Kirkland E. Reid
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
*Counsel for Equifax Information Services, LLC and Equifax Mortgage Solutions*

                              **/s/ Micah S. Adkins**
                              Micah S. Adkins